DOCKET No. 19MAG10120            DEFENDANT Seth Fishman

AUSA Sarah Mortazavi            DEF.'S COUNSEL Andrew Feldman
☐ None            INTERPRETER NEEDED            ☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.       DATE OF ARREST 11/12/2019       ☑ VOL. SURR.
                                                               TIME OF ARREST 10:00 a.m.        ☐ ON WRIT
☐ Other: _____                             TIME OF PRESENTMENT 3:45 p.m.

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER      ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 100,000       PRB  ☑ 1      FRP
☑ SECURED BY $_____ CASH/PROPERTY: 2565 S. Ocean Blvd. Highland Beach, FL
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ SDFL and transit points in between
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: 14 days

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

- D will enter a confession of judgment where his residence at S. Ocean Blvd. is registered
- Neither D nor the co-signor on the bond shall sell or encumber any real property until the bond is discharged
- D will be permitted to travel on a commercial airline between his residence in FL and NY solely for purposes of court proceedings, meeting with the government and for treatment at MSKCC; D shall notify PTS in advance of his flight plans
- D will not otherwise visit any commercial transportation hub or service except that he may use the Brightline train in FL and may use public transportation in the SDFL and in the SDNY and EDNY
- D shall avoid all contact with victims and witnesses outside the presence of his counsel

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY            ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 12-12-2019         ☑ ON DEFENDANT'S CONSENT

                                                             *Katharine H. Parker* (KHP)
DATE: 11/12/2019
                                             UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016