# SCARING & CARMAN PLLC

ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING, P.C.
SUSAN SCARING CARMAN

MATTHEW W. BRISSENDEN
OF COUNSEL

sscaring@scaringlaw.com
scarman@scaringlaw.com

March 13, 2020

**BY ECF**

Hon. Mary Kay Vyskocil
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    United States v. Navarro, et al.
            20-CR-00160
            Bail Conditions

Dear Judge Vyskocil:

      We represent defendant Kristian Rhein in the above-captioned matter. With the consent of the Government, the defendant respectfully requests that the bail conditions be modified for Kristian Rhein as follows: instead of requiring the defendant to post two sureties, he will be required to post one surety to secure the bond and file a confession of judgment on his Garden City residence to further secure the bond. The modification is that we are requesting to replace one surety with a confession of judgment on the residence of the defendant.

      Thank you.

Respectfully submitted,

STEPHEN P. SCARING

cc: AUSA Andrew Adams
SPS/cn