

# COX & MAZZOLI

March 19, 2020

**Via email: <VyskocilNYSDChambers@nysd.uscourts.gov>**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    *United States v. Navarro, et al.*, 20-CR-160 (MKV)
               Appearance *pro hac vice* on behalf of Defendant
               Michael D. Kegley, Jr. (14) and Mr. Kegley's waiver of
               appearance at arraignment

Dear Judge Vyskocil:

Scott C. Cox and I were retained yesterday to represent Michael Kegley, Jr., a defendant in your Court in the case of *United States v. Navarro*.

We are attorneys in Kentucky, members in good standing in our state's bar, and are in the process of applying for the Court's permission to represent Mr. Kegley *pro hac vice*.  To that end, we have ordered certificates of good standing from the Kentucky Bar Association for submission, as Local Rule 1.3(c) requires, in support of our request for *pro hac vice* status in your Court.  We are not likely to receive those certificates, however, any sooner than the end of next week.  We are therefore in a position where we

COX & MAZZOLI, PLLC
600 W. MAIN ST., SUITE 300
LOUISVILLE, KY 40202
(P) 502-589-6190
MAZZOLICMLAW@AOL.COM
WWW.COXANDMAZZOLI.COM

are temporarily unable, for reasons beyond our control, to make a proper formal request to represent Mr. Kegley *pro hac vice*.

Arraignment for Mr. Kegley is scheduled for next Monday, March 23, at 3:00 p.m. Were it possible, we would immediately file Mr. Kegley's waiver of appearance at the arraignment, as authorized by Fed. R. Crim. P. 10(b). We would also ask the Court, in compliance with process endorsed in the Court's memorandum of March 16, 2020 (Docket No. 69), to appear telephonically on Mr. Kegley's behalf in the proceedings on Monday.

Immediately following this letter is Mr. Kegley's signed waiver of appearance at the Monday arraignment. Following that are oral motions by Mr. Cox and myself requesting permission to practice in this Court *pro hac vice*, using a form recommended for civil litigation by this Court's website (https://www.nysd.uscourts.gov/attorney/prohac). We have also prepared all of the other necessary pleadings and notices to meet the Court's requirements, and have attached them to this letter as well.

We hope the Court will accept Mr. Kegley's waiver of appearance and our oral motions to represent him *pro hac vice*. We will endeavor to satisfy all of the Court's requirements for *pro hac vice* practice at the earliest possible moment. If the Court or any party should desire any additional information from Mr. Cox or myself, we can reached by mobile phone at 502-417-4619 (Mr. Cox) or 502-550-6683 (Mike Mazzoli). We are grateful for the Court's consideration in this matter.

Sincerely,

Michael R. Mazzoli

ATTACHMENT 1

RULE 10(b) WAIVER OF APPEARANCE AT ARRAIGNMENT

# COX & MAZZOLI

March 19, 2020

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Navarro, et al.*, 20-CR-160 (MKV)
              Defendant Michael D. Kegley, Jr.'s waiver of
              appearance at arraignment

Dear Judge Vyskocil:

Scott C. Cox and I represent Michael Kegley, Jr. in this prosecution, and we write to ask the Court, pursuant to Fed. R. Crim. P. 10(b), to allow him to waive his personal appearance at the March 23, 2020 arraignment and initial conference. Mr. Kegley's waiver of appearance is attached.

Mr. Kegley lives in Kentucky, and to appear in person before the Court, he would have to travel by airplane. In view of the heightened risk that the COVID-19 virus poses to interstate travelers and the national imperative to limit trips away from home to the greatest extent possible, Mr. Kegley hopes the Court will grant the requested waiver. If the Court so rules, undersigned

COX & MAZZOLI, PLLC
600 W. MAIN ST., SUITE 300
LOUISVILLE, KY 40202
(P) 502-589-6190
MAZZOLICMLAW@AOL.COM
WWW.COXANDMAZZOLI.COM

counsel will appear telephonically on Mr. Kegley's behalf and will be prepared to agree to a schedule for the remainder of the case.

We thank the Court for its consideration of these requests.

Sincerely,

Michael R. Mazzoli

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>Defendants. | 1:20-CR-160 (MKV) |

### DEFENDANT MICHAEL KEGLEY, JR.'S
### WAIVER OF APPEARANCE AT ARRAIGNMENT

Pursuant to Fed. R. Crim. P. 10(b), Defendant Michael Kegley, Jr., hereby declares and affirms:

1) I am a defendant in this case, and I waive my appearance at the arraignment and initial conference in the matter. I am aware that the arraignment is scheduled for March 23, 2020, at 3:30 p.m. before the Honorable Mary Kay Vyskocil in the Southern District of New York.

2) I have received a copy of the indictment in this case, and have reviewed it with my attorneys, Scott C. Cox and Michael R. Mazzoli.

3) I plead not guilty to Count 3 of the indictment.

_____   3/18/2020
Michael Kegley, Jr.                           Date

_____   3/18/2020
Scott C. Cox                                      Date
Counsel for Michael Kegley

ATTACHMENT 2


ORAL MOTION AND AFFIDAVIT OF SCOTT C. COX FOR
ADMISSION TO PRACTICE *PRO HAC VICE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>                Defendants. | 1:20-CR-160 (MKV)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION** |

      Upon the oral motion of **Scott C. Cox**, admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Kentucky; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Scott C. Cox |
| Firm Name: | Cox & Mazzoli PLLC |
| Address: | 600 West Main Street<br>Suite 300 |
| City / State / Zip: | Louisville, Kentucky  40202 |
| Telephone: | (w) 502-589-6190 |
| | (m) 502-417-4619 |
| Email address: | CoxScottC@aol.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Michael D. Kegley, Jr.** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: _____  _____
Hon. Mary Kay Vyskocil
U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>Defendants. | 1:20-CR-160 (MKV)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR** *PRO HAC VICE* |

I, Scott C. Cox, do hereby affirm that:

(1) I have never been convicted of a felony,

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and

(3) There are no disciplinary proceedings presently against me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2020.

_____
Scott C. Cox

**ATTACHMENT 3**

**ORAL MOTION AND AFFIDAVIT OF MICHAEL R. MAZZOLI FOR ADMISSION TO PRACTICE *PRO HAC VICE***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>                     Defendants. | 1:20-CR-160 (MKV)<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION** |

Upon the oral motion of **Michael R. Mazzoli**, admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Kentucky; and that his contact information is as follows:

    Applicant's Name:    Michael R. Mazzoli

    Firm Name:    Cox & Mazzoli PLLC

    Address:    600 West Main Street
                           Suite 300

    City / State / Zip:    Louisville, Kentucky  40202

    Telephone:    (w) 502-589-6190
                           (m) 502-550-6683

    Email address:    MazzoliCMLaw@aol.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Michael D. Kegley, Jr.** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: _____ _____
Hon. Mary Kay Vyskocil
U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>Defendants. | 1:20-CR-160 (MKV)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR** *PRO HAC VICE* |

I, Michael R. Mazzoli, do hereby affirm that:

(1) I have never been convicted of a felony,

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court, and

(3) There are no disciplinary proceedings presently against me.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2020.

_____
Michael R. Mazzoli

ATTACHMENT 4

NOTICES OF ENTRY OF APPEARANCE AS COUNSEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>                        Defendants. | 1:20-CR-160 (MKV)<br><br>**NOTICE OF APPEARANCE** |

      Please take notice, pursuant to Local Criminal Rule 1.2, that Scott C. Cox, Cox & Mazzoli PLLC, 600 West Main Street, Suite 300, Louisville, Kentucky, 40202, hereby enters his appearance as counsel on behalf of Defendant Michael Kegley, Jr. in this action. Copies of all pleadings and other papers in this action should hereafter be served on Mr. Cox at the address noted above.

                                          Respectfully submitted,

                                          *Scott C. Cox*
                                          Scott C. Cox
                                          Michael R. Mazzoli
                                          Attorneys for Defendant Kegley
                                          COX & MAZZOLI PLLC
                                          600 West Main Street, Suite 300
                                          Louisville, Kentucky 40202
                                          502-589-6190
                                          MazzoliCMLaw@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MICHAEL KEGLEY, JR., et al.,<br><br>      Defendants. | 1:20-CR-160 (MKV)<br><br>**NOTICE OF APPEARANCE** |

  Please take notice, pursuant to Local Criminal Rule 1.2, that Michael R. Mazzoli, Cox & Mazzoli PLLC, 600 West Main Street, Suite 300, Louisville, Kentucky, 40202, hereby enters his appearance as counsel on behalf of Defendant Michael Kegley, Jr. in this action. Copies of all pleadings and other papers in this action should hereafter be served on Mr. Mazzoli at the address noted above.

              Respectfully submitted,

              *Michael R. Mazzoli*
              Scott C. Cox
              Michael R. Mazzoli
              Attorneys for Defendant Kegley
              COX & MAZZOLI PLLC
              600 West Main Street, Suite 300
              Louisville, Kentucky 40202
              502-589-6190
              MazzoliCMLaw@aol.com