```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JORGE NAVARRO, et al.

Defendants.

1:20-cr-160 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Parties are directed to appear for a Status Conference on November 17, 2020 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. In the event the conference must be held telephonically in light of the COVID-19 pandemic, the Court will issue a further order with dial-in information.

On or before November 11, 2020, the Government and each Defendant or group of Defendants, as the case may be, should file a letter on ECF, not longer than three pages, outlining what motions if any it/they anticipate filing in this case.

**SO ORDERED.**

**Date:  July 1, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**