# EXHIBIT E

# EXHIBIT E

# The Sydney Morning Herald

Sport   Racing   Racing integrity

This was published 1 year ago

# NSW stewards tested drug at centre of US scandal five years ago



By **Chris Roots**
March 11, 2020 — 9.21pm

Australian racing officials tested a version of the drug at the centre of the scandal that has 27 people facing federal indictments in America five years ago and found it did not contain any prohibited substances or peptides.

Racing NSW chief steward Marc Van Gestel said SGF-1000 was tested after it was in 2015 found in the stable of Sam Kavanagh, who was subsequently disqualified on doping charges.



Racing NSW chief steward Marc Van Gestel

It was tested because it was a unregistered veterinary product in Australia and was found not to contain most of the substances as claimed by MediVet Equine, which had staff members charged in the US indictment.

"The product we tested didn't contain any prohibited substances or synthetic peptides," Van Gestel said.

"It was unregistered in Australia, so it was banned from use in racing."

Australian stewards had warned trainers about the use of Taylormade Equine products as far back as 2015. One fact sheet available from Taylormade Equine for SGF-1000 online claimed that the drug improves performance level and is a blend of proteins and peptides.

"SGF-1000 is an innovative solution of unique proteins, cytokines, peptides and growth factors derived from ovine placental extract," the fact sheet stated.

"All performance animals will show improved performance levels resulting from enhanced internal cellular rejuvenation or replacement in vital organs, muscles, tendons and body tissue. Increased energy levels, vigour, stamina and desire for physical activity are a natural and normal result when neutralising regenerative properties."

The SGF1000 is a product of VECTA Animal Health. A company spokesman said it creased an agreement with Medivet in 2016 when it found that it was being sold directly to trainers. The product is not available in Australia and is still in the clinical testing phase.

VECTA warns on it website that counterfeit products were being offered by MediVet Equine, Advanced Equine & Camel Solutions (AECS) and Taylormade Equine and it was sometimes called SGF5000.

The director of sales at MediVet in America along with Jason Servis, the former trainer of Maximum Security, who last week won the world's richest race - the Saudi Cup - were among 27 trainers, veterinarians and sales representatives charged on Monday.

SGF-1000 made up a big part of the indictments, which pointed to the use of performance enhancing drugs. MediVet staff were hit with charges relating to a "misbranded and adulterated" allegedly performance-enhancing drug called SGF-1000.

The indictment read in part that it "was a widespread, corrupt scheme by racehorse trainers, veterinarians, PED (performance-enhancing drug) distributors and others to manufacture, distribute and receive adulterated and misbranded PEDs and to secretly administer those PEDs to racehorses under scheme participants' control."

Performance-enhancing drugs "were given to racehorses in an effort to increase their performance beyond their natural abilities," William F Sweeney jnr, assistant director in charge of the FBI New York Office, said at a news conference.

"What actually happened to the horses amounted to nothing less than abuse.

"They experienced cardiac issues, overexertion leading to leg fractures, increased risk of injury, and, in some cases, death.

"Conversely, the human beings involved in the scheme continued to line their purses as they manipulated this multibillion-dollar horse racing industry across the globe."

with **AAP**

 **Chris Roots**
 

Racing writer for The Sydney Morning Herald