# EXHIBIT L



Join now    Sign in

Kristian Rhein

# Kristian Rhein

Equine Racetrack Practitioner

Garden City, New York · 153 connections

**Empire Veterinary Group**

University of North Carolina at Chapel Hill

Join to Connect

## Activity



Ranked No. 33 in the world, #UNC is already one of the leading universities for global enrichment. But that isn't enough. Carolina's Global Guarantee...

Liked by Kristian Rhein



Wow — what a way to finish the season! Congratulations to the Military Bowl champions 🏆 #UNC #GoHeels

Liked by Kristian Rhein





#Performancefabrics. Roller and solar shades. Digital patterns. Custom fabrics and window treatments. Great design transforms the guest experience --...

Join now    Sign in

Kristian Rhein
Liked by **Kristian Rhein**

**Join now to see all activity**

## Experience

### CEO
Empire Veterinary Group
Nov 2014 – Present · 5 years 6 months
Greater New York City Area

Premium veterinary care for elite equine athletes. We specialize in lameness, surgery and general health for optimal performance. Our clients have won the Kentucky Derby, Preakness and Belmont Stakes . They have also won numerous Breeder's Cup races, Dubai World Cup and Graded stakes.

### Scientific Research Consultant
Medivet Equine
Jun 2013 – Present · 6 years 11 months
Nicholasville, KY



### Co-Founder
Empire Thoroughbreds
Jul 2017 – Present · 2 years 10 months
Lexington, Kentucky Area

Bloodstock company to purchase thoroughbreds privately or at public auction

### Equine Veterinarian
Hunt & Associates
2003 – 2014 · 11 years

 Join now  Sign in

### Surgery Intern
Rood and Riddle Equine Hospital
Kristian Rhein
Jun 2002 – Jun 2003 · 1 year 1 month

Lexington, Kentucky Area

## Education

### University of North Carolina at Chapel Hill
Bachelor of Arts (B.A.) · Biology, General

1990 – 1994

### Chi Institute
Veterinary Acupuncture · Equine (Advanced)

2006 – 2007

Advanced

### Chi Institute
Veterinary Acupuncture · Equine

2005 – 2006

### North Carolina State University
Doctor of Veterinary Medicine

1998 – 2002

## Licenses & Certifications

### Equine Acupuncture