

**industrial LABORATORIES**
Industrial Laboratories is your full-service independent third party analytical laboratory

# CERTIFICATE OF ANALYSIS
Report # Rpt-190808002

Page 1 of 1

To:

**[REDACTED]**

**Date of Report:**
August 08, 2019

| TRACK/EVENT: | Nine Mile Farm |
|---|---|
| COLLECTION | |
| DATE OF RECEIPT: | June 18, 2019 |
| SEAL NUMBER: | NA |
| DATE OF | June 18, 2019 |

| SampleCode | Client ID | Sample Type | Result |
|---|---|---|---|
| 19061821-001 | #608 | Placental Fluid | Screening tests detected:<br>Acepromazine (0.2 ng/mL)<br>Levamisole (16 ng/mL)<br>Detomidine (10 ng/mL)<br>Pyrilamine (10 ng/mL)<br>Lidocaine (633 ng/mL)<br>MEGX (0.6 ng/mL)<br>Xylazine (3 ng/mL)<br>Caffeine (25 ng/mL)<br><br>Follistatin ELISA kit: negative<br>Human Insulin Growth Factor -1 (IGF-1) ELISA kit: negative<br>Bovine Insulin Growth Factor -1 (IGF-1) ELISA kit: negative<br>Bovine Growth Hormone (GH) ELISA kit: negative |

Testing was conducted using Liquid Chromatography / Mass Spectrometry-Mass Spectrometry (LC-MS/MS) and Immunoassay.

IL-DTS-M-003, IL-DTS-M-022

Test results are based on <u>screening</u> tests and should not be used for legal purposes without additional testing (confirmatory analysis available at client request)
The results shown on this test report apply only to the sample listed above.
Test results determined by Industrial Laboratories do not constitute a guarantee that subsequent testing of different samples will yield the same result.
** Industrial Laboratories cannot guarantee that all potential drugs are detected with existing methods

REPORTED BY (Sign/Date) **[REDACTED]**

4046 Youngfield St., Wheat Ridge, CO 80033 (303) 287-9691 (303) 287-0964 Fax www.industriallabs.net
Submission of samples is considered a contracting service and this acknowledges
and accepts Industrial Laboratories' terms and conditions at
www.industriallabs.net/terms.html
This report is not to be reproduced in whole or in part without obtaining prior written authorization

CONFIDENTIAL

USAO_20CR160_00162405
IL-00000579