Message



**From:** ▓▓▓▓▓▓▓▓
**Sent:** Tuesday, September 03, 2019 5:11 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ndustriallabs.net) ▓▓▓▓▓▓ industriallabs.net>
**Subject:** FW:

▓▓▓▓▓

Attached the original report on these analyses from ▓▓▓▓

And my best recollection was that we got the LC results first, by e-mail and then we independently and later asked for the growth hormone tests.

So separate certificates addressed to Mr Mike Kegley of MediVet Equine would be very helpful.

Yours sincerely,

▓▓▓▓▓

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ @industriallabs.net>
**Sent:** Thursday, August 08, 2019 12:59 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE:

▓▓▓▓ – please see attached – sorry for the delay in sending you the amended report. Hope you enjoyed your birthday!

▓▓▓▓