# CERTIFICATE OF ANALYSIS

Report # Rpt-191014048

Page 1 of 1



**Industrial LABORATORIES**
Industrial Laboratories is your full-service
independent third party analytical laboratory

To :

[REDACTED]

**Date of Report:**
October 14, 2019

| TRACK/EVENT: | Nine Mile Farm |
|---|---|
| COLLECTION DATE: | |
| DATE OF RECEIPT: | June 18, 2019 |
| SEAL NUMBER: | NA |
| DATE OF | June 18, 2019 |

| SampleCode | Client ID | Sample Type | Result |
|---|---|---|---|
| 19061821-001 | #608 | Placental Fluid | FGF-acidic: optical density reading consistent with Calibrator-Zero (Blank) |
| | | | FGF-basic: optical density reading indicates approx. 82 pg/mL (Reading 1: ~96 pg/mL, Reading 2: approx. 68 pg/mL) |

Testing was conducted using Enzyme-Linked ImmunoSorbent Assay (ELISA)

Test results are based on <u>screening</u> tests and should not be used for legal purposes without additional testing (confirmatory analysis available at client request)
The results shown on this test report apply only to the sample listed above.
Test results determined by Industrial Laboratories do not constitute a guarantee that subsequent testing of different samples will yield the same result.
** Industrial Laboratories cannot guarantee that all potential drugs are detected with existing methods.

REPORTED BY (Sign/Date): _____

4046 Youngfield St., Wheat Ridge, CO 80033 (303) 287-9691  (303) 287-0964 Fax www.industriallabs.net
Submission of samples is considered a contracting service and this acknowledges
and accepts Industrial Laboratories' terms and conditions at
www.industriallabs.net/terms.html
This report is not to be reproduced in whole or in part without obtaining prior written authorization