| | | | |
|---|---|---|---|
| ▇▇▇▇ Linesheet | Linesheet | | User: Bruce A Turpin |

| Case: 281H-NY-2285141 | Target: Chris Oakes | Line: 5709913010 | File Number: 281H-NY-2285141 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Session: 4626 | Classification: Pertinent | Direction: Incoming | |
| Date: 03/28/2019 | Content: Audio | Associate DN: ▇▇▇▇ | |
| Start Time: 13:34:36 EDT | Primary Language: Unknown | In/Out Digits: ▇▇▇▇ | |
| Stop Time: 13:38:03 EDT | Complete: Completed | Subscriber: | |
| Duration: 00:03:27 | Monitor ID: rslantier | Participants: ▇▇▇▇ OAKES, CHRIS | |

**Synopsis 1**

Incoming call from ▇▇▇▇ to Chris Oakes.  Eddie LNU also on the call.
CO: Hello
▇▇: Alright, so I'll give him "shot 2" (hard to discern).  Uh only Epilette gets 2, right?
CO: you what?
▇▇: I said the one here doesn't get 2, only Epilette gets 2, correct?
CO: Well, you're gonna give him banamine, because your gonna... you're at Pocono
▇▇: Yea  (talking in background)
CO: Did you inject that horse yet or not?
▇▇: No
CO: Huh?
▇▇: No
CO: Where's Eddie at?
Eddie: I'm right here (IR)
CO:  Do his eh... where is it?
Eddie:  I got it right here, we need your help.  (IR)
CO:  Oh, do that Epic Union.  Do his lower knees and his front ankles with that clear.
Eddie:  Ok
CO:  Don't bother with his hind ankles, he'll be fine. Just do his front ankles and his knees, and then shock that left hind suspensory.
Eddie: Ok..... (IR) to drench him right?
CO: Huh?
Eddie: I told ▇▇ that you wouldn't want to drench that horse
CO: Nah, you know what I was thinking you could do.  Just give him uh, that horse, give him uh the mark you know the Baycocks.  And you gotta be watching him because he holds everything in his mouth and then he spits it out.
▇▇: You gotta give it slow.
CO:  The other horse you can drench
Eddie: Yeah we got one made up for Epilette...... about 2 of  Epilette, the ECP,  (IR)......he gets a shot of "bute" today.
(Indiscernible over-talk)
CO:  and give epogen and a blood shot.
Eddie:  You wanna give blood shot too?  Ok.  We can give him a little bit.
CO:  ECP......just have  (IR)...
▇▇: Hold on dude, you're talking to fast.
Eddie: Nah, he's breaking up Hunter, that's what it is.
CO: Epic Union, not Epilette, 3 CCs of the blood shot
Eddie:  Yes, yes

| | | |
|---|---|---|
| Linesheet | Linesheet | User: Bruce A Turpin |

| Case: 281H-NY-2285141 | Target: Chris Oakes | Line: 5709913010 | File Number: 281H-NY-2285141 |

CO: Don't give Epilette.
Eddie: Yea, we got it
(chatter in background)
CO: And then you gotta jug, uh, whats her name.
Eddie: Yeah the mare of the mar. Yeah, the mare thats racing tomorrow at Yonkers.
CO: Right
Eddie: Yeah, its all written down.
(call breaks up and lots of background noise and chatter.... in background chatter there is a mention of injections)
CO: Yeah, so he can have 5 Banamine
Eddie: Yes
CO: And the other guy gets his bute for Saturday
Eddie: Yes
CO: (IR)
 (call breaks up)
Call Ends.

| | | | |
|---|---|---|---|
| Session: 4632 | Classification: Pertinent | Direction: Incoming | |
| Date: 03/28/2019 | Content: Audio | Associate DN: | |
| Start Time: 14:09:35 EDT | Primary Language: Unknown | In/Out Digits: | |
| Stop Time: 14:13:36 EDT | Complete: Completed | Subscriber: | |
| Duration: 00:04:01 | Monitor ID: rslantier | Participants: Oakes (Chris Oakes Son), Hunter OAKES, CHRIS | |

**Synopsis 1**

Incoming call from ▮ to Chris Oakes.
Hunter Oakes asking about Brian Sears arrest. Then ▮ and Chris discuss the performance of a horse and how the horse ran. CO asks ▮ if he injected that Epillete yet. ▮ says that horse is next. ▮ said the horse ran very well. ▮ and Chris then discuss the gear setup of the horse. ▮ then talks about his upcoming races, and Chris asks if the odds are up yet.
    Chris then talks about a conversation he had with a "mexican kid" who informed Chris to watch some horse race replays in which John McDonald was a driver in the race and Chris was confused by the strategies used in the races. Chris states that ▮ knows what to do come race day.
Call ends.

| | | | |
|---|---|---|---|
| Session: 4744 | Classification: Pertinent | Direction: Incoming | |
| Date: 03/29/2019 | Content: Audio | Associate DN: | |
| Start Time: 11:28:48 EDT | Primary Language: Unknown | In/Out Digits: | |
| Stop Time: 11:29:45 EDT | Complete: Completed | Subscriber: | |
| Duration: 00:00:57 | Monitor ID: tbkim | Participants: OAKES, CHRIS | |

**Synopsis 1**