**United States v. Seth Fishman and Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 03/20/2019 |
| TIME: | 11:50:22 A.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 937-260-2706 |
| PARTICIPANTS: | SETH FISHMAN [SF] <br> ADRIENNE HALL [AH] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

1



| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 1. |  | [02:35 Recording Start] |
| 2. | AH: | I wish you could have watched the race replay of this horse. |
| 3. | SF: | Why? |
| 4. | AH: | It was so fabulous to see him, I mean, he dominated. He came home in 27, he won by five lengths. I mean he was a completely different animal. |
| 5. | SF: | What does he normally come home in? |
| 6. | AH: | 28, 29, like struggling. I mean, it was, I was crying, like, I was so happy because this horse is so... I love him so much and...the guy that drove him that night, John McDonald, um, I didn't realize, he got off and was like "You know I used to drive this horse in New York." And I was like "Oh, you know, how did he feel today?" And he was like "Fuck, he's a lot faster than he was back then." Because Scavarrah [ph] had him. |
| 7. | SF: | Who? |
| 8. | AH: | Oh, Joe Scavarrah [ph] used to have that horse. |
| 9. | SF: | Oh... [U/I] Joe's not too sharp. I mean, he does horse [U/I] but… |
| 10. | AH: | Yeah, it was so nice though, I mean, I was crying, like I said it was... |

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
|      |      |               |
| 11.  | SF:  | Yeah, well if you think it is a pet horse, you got to race it a few more time and then fucking find it a home. I mean, you fall in love with these, I mean, why don't you be a fucking hunter/jumper trainer? |
| 12.  | AH:  | Well, my other horse, I pulled blood on him right away because he raced like complete shit. I mean, I only treated him, like I said, I didn't treat him with the blood builders but I gave him some of the other stuff and... He just pulled his shoe right after the start. |
| 13.  | SF:  | Well, how is he supposed to race with one shoe missing? |
| 14.  | AH:  | I know, but it's just in the past couple of weeks he is just really starting to... I mean, I think I told you this, like, he... so I was actually going to start... the blood came back fine, like there is nothing but his red blood cell count is as low as the other ones was, you know. And that was down in the low 8s. Um... |
| 15.  | SF:  | Yeah, [U/I] again, you know. Just do things gradually because again, if a horse throws a shoe and he is racing bad and he doesn't have a shoe, I mean, it's like, come on, let's be a little realistic here. |
| 16.  |      | [04:30 Recording Ends] |