1

**United States v. Seth Fishman and Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 03/20/2019 |
| TIME: | 11:50:22 A.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 937-260-2706 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | ADRIENNE HALL [AH] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

1



| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [06:08 Recording Start] |
| 2. | AH: | So... you think I should keep my good horse on the program and... |
| 3. | SF: | For now, yeah, because again, like I said, you know, Mother Nature's a bitch. You want to take from her, you are going to have to give back sooner or later. So, this is why I am saying, don't go overdo things, you know. |
| 4. | AH: | I mean is he going to, like, crash on this? Or is he going to... |
| 5. | SF: | Not if you overdo it, and you know, like, the more you do the more likely it is it's going to crash and the faster it is going to happen. That's why somethings are not meant to be overdone. |
| 6. | AH: | Uh huh. |
| 7. | SF: | You know, you got to remember, I got clients that are going to race a horse for three months and that horse may never race again, ok? They will either syndicate it or they will just get rid of the horse and go to a new horse, ok? Then I have clients that are going to race a horse for six months and then give it, like, 3-4 months off, ok? And then there are people that want to grind it out, you know, every week for God knows how long. I mean, how many good starts do you think a horse can have in a year anyway? Be honest. |
| 8. | AH: | I really don't think these standardbreds, it could be a big debate because, you know, people think they can get, what, 28 starts a year, 38 starts a year. I don't think that they can... What my plan was for this horse, I was going to race him until the end of this meet, which is the first week in May and then turn him out for a month or two and then |

| **LINE** | **NAME** | **TRANSCRIPTION** |
|---|---|---|
|  |  | bring him back. |
| 9. | SF: | Alright, but that is what I am saying, but then again. If you cheat the system for so long, you know what I'm saying? The longer you cheat the system, the longer you have to give back to it. |
| 10. |  | [07:36 Recording Ends] |