**United States v. Seth Fishman and Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 02/26/2019 |
| TIME: | 12:25:38 P.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 302-222-2220 |
| PARTICIPANTS: | SETH FISHMAN [SF] <br> LISA GIANNELLI [LG] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

1



GOVERNMENT EXHIBIT 119B-T
S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [03:04 Recoding Start] |
| 2. | SF: | I was talking to him like I didn't really say too much because I didn't know if he was trustworthy. He's like I'll try anything, and I'm like "Oh shit, one of those guys." Because again I have- |
| 3. | LG: | I don't think he's a desperado but, I mean, you know, I'll talk to Rick Dane more and find out exactly because I don't know him personally. |
| 4. | SF: | I do have like a [U/I], I found a Bronco-dilator that never came to market and you know it's not listed anywhere. It's not that easy to find a guinea pig and you know in this day it's a lot safer than anything else people are doing because it's not on the market you know. People are using low doses with supplements on the market. You know.  You got to understand something unless it's something that's made [U/I] and nobody knows about it there's always an inherent risk. |
| 5. | LG: | Right. |
| 6. | SF: | I never got a hot test [U/I] but sometimes you have to have a little exposure you know. Like the oxymetazoline that was the stupidest thing because they had positives from years and years ago. It's been tested before so why are they telling everyone it's not testable that made no sense. That's why I was very hesitant and that's when I found out that everyone was using it. Remember I had the Air Max. I didn't even use that oxymetazoline I used a different version because I was like you know what it's close enough that when they go in there and catch all those people on oxymetazoline if their test is not spot on our guys will get a spotty test. they won't get a positive but |

|    |     |                                                                                      |
|----|-----|--------------------------------------------------------------------------------------|
|    |     | they'll get a cloudy. You know and that will cause problems for us."                 |
| 7. | LG: | Right.                                                                               |
| 8. |     | [05:30 Recording End]                                                                |