**United States v. Seth Fishman and Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 06/05/2019 |
| TIME: | 07:39:57 P.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 239-595-7502 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | UNIDENTIFIED FEMALE [UF] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

1



| LINE | NAME | TRANSCRIPTION |
|---|---|---|
| 1. | | [08:30 Recording Start] |
| 2. | SF: | And I just find it ironic that I hear Dan out of his mouth say something about FDA problems. Did you know I had FDA problems? |
| 3. | UF: | No. |
| 4. | SF: | Nobody knew I had. Like I said, Lawyer couldn't find anything, nobody could find anything. It was mentioned once. Mentioned once by one guy and Courtney, my ex-employee, who was approached which then makes me wonder, why was Courtney approached who was the only person who Perry would have known in my whole organization. |
| 5. | UF: | Hey, Courtney, that name sounds familiar. She used to work for you a long time ago? |
| 6. | SF | She used to work for me and was my assistant and she came out of the house and all that stuff, and she was overseeing my construction and she was dealing with Tom Malone and all that, so, isn't it odd that of all the people in my entire organization, the person that got approached was Courtney? |
| 7. | | [09:27 Recording End] |