**From:** Mary Fox <mary.equestology@gmail.com>
**Sent:** Monday, January 20, 2020 12:40 PM EST
**To:** Seth Fishman <sethfishman@hotmail.com>
**Subject:** Orders for 21st

Hello

Here is a list of everything needed

575 Thunder
575. Brave(Lionhead)
575. 7SPORT
575 New Life PLUS
575 HorseHead
50 Defender
50 GoodNight
50 Feeling Good

600. Good Morning.    COMPLETED

Camicort: 1200 Bottles
EGH: 1000
VO2 Max 50 ml: 500
PSDS: 600


Is what I have forwarded to Jordan, Pam and Tim

*Have a great day!*

*Mary Fox*
*Office Manager*
*Equestology*
[2565 S Ocean Blvd](#)
[Highland Beach, Florida 33487](#)
[317-397-2570](#)
[mary.equestology@gmail.com](#)

GOVERNMENT EXHIBIT 314B
S6 20 Cr. 160 (MKV)