**11/27/2019 9:34 PM**
Seth AA (+15612709286)
> You speak with Howard?

**11/27/2019 9:38 PM**
Lisa Ranger Cell (3022222220)
> No. I called him weeks ago he was at lunch suppose to call me back & never did. Is there something I need to know? Been waiting for someone to fill me in

**11/27/2019 9:48 PM**
Seth AA (+15612709286)
> Howard was suppose to call you. Please call Howard. ▮▮▮▮▮▮▮▮▮▮ Unfortunately it's complicated. I am keeping you and Mary clear of the drama.
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**11/27/2019 9:50 PM (Viewed 11/27/2019 10:18 PM)**
Lisa Ranger Cell (3022222220)
> Okay I'll call Howard on Friday. Take care of yourself and let me know if you need anything

**11/27/2019 10:18 PM**
Seth AA (+15612709286)
> 🙏

**11/27/2019 10:19 PM**
Seth AA (+15612709286)
> Just hold down the fort.

110

**GOVERNMENT EXHIBIT 320FM**
S6 20 Cr. 160 (MKV)

**11/28/2019 12:45 PM**
Seth AA (+15612709286)
> Send MARY a list of what is needed and priorities

**11/28/2019 12:46 PM**
Seth AA (+15612709286)
> Thank you

**11/28/2019 1:00 PM**
Lisa Ranger Cell (3022222220)
> Ok thx

**11/29/2019 3:45 PM**
Seth AA (+15612709286)
> 🙌You speak to Howard

**11/29/2019 3:46 PM**
Seth AA (+15612709286)
> Camel products would be easier.

**11/29/2019 3:48 PM (Viewed 11/29/2019 4:47 PM)**
Lisa Ranger Cell (3022222220)
> Yes, he was very vague on a lot but it's okay. I don't know the details but I Can fill in the blanks

**2/10/2020 10:19 PM**
Seth AA (+15612709286)
> Please send me the bi-monthly sales reports excel for 2019. Need by 9 am please.

**2/10/2020 10:57 PM**
Lisa Ranger Cell (3022222220)
> Not sure I understand what you're asking for. Are you looking for period totals of payment? Or supplies used? Not sure

**2/10/2020 10:57 PM**
Seth AA (+15612709286)
> Just payments

**2/10/2020 10:58 PM (Viewed 2/10/2020 10:59 PM)**
Lisa Ranger Cell (3022222220)
Okay and are you looking for bi-monthly meaning every 15 days or every two months?

**2/10/2020 10:59 PM**
Seth AA (+15612709286)
Every 15 days

**2/10/2020 11:00 PM**
Lisa Ranger Cell (3022222220)
Ok,

**2/10/2020 11:00 PM**
Seth AA (+15612709286)
👍

**2/16/2020 6:06 PM**
Lisa Ranger Cell (3022222220)
Are you back home? A client had an issue. Do you want them to call you or can you call me?

**2/16/2020 6:06 PM**
Seth AA (+15612709286)
Client can call me

**2/16/2020 6:07 PM**
Lisa Ranger Cell (3022222220)
Ok

**2/16/2020 6:07 PM**
Lisa Ranger Cell (3022222220)
Silvio Martin

**2/24/2020 9:42 AM (Viewed 2/24/2020 9:43 AM)**
Lisa Ranger Cell (3022222220)
Just sent over email, PA investigator wants to speak to you about Sivio Martin. I sent you the invoice & phone number.

**2/24/2020 9:43 AM**
Seth AA (+15612709286)
Ok

**2/24/2020 10:09 AM**
Lisa Ranger Cell (3022222220)
I believe he's calling you now

**2/24/2020 10:09 AM**
Seth AA (+15612709286)
Ok please text mike Sivio's # again

**2/24/2020 10:10 AM**
Lisa Ranger Cell (3022222220)
Silvio Martin

**2/24/2020 10:10 AM**
Seth AA (+15612709286)
Yes

**2/24/2020 10:11 AM**
Lisa Ranger Cell (3022222220)
302-382-7289

**2/26/2020 11:26 AM (Viewed 2/26/2020 11:54 AM)**
Lisa Ranger Cell (3022222220)
File attachment with MIME type: text/x-vcard
We'll be calling you about fulvacin directions

**2/26/2020 11:55 AM**
Seth AA (+15612709286)
I just spoke with him and told him to use 12 mL a day for five days ▮

**2/26/2020 11:57 AM (Viewed 2/26/2020 1:17 PM)**
Lisa Ranger Cell (3022222220)
Ok perfect thank you. Also have you figured out what you want to do about the iron sucrose? Are you going to have a compounded or are you going to outsource it and get a better price at Boothwyn or rapid?

**2/26/2020 1:18 PM**
Seth AA (+15612709286)
I will ask Jamie this week for better price

**2/26/2020 1:18 PM**
Lisa Ranger Cell (3022222220)
Ok

**3/7/2020 5:34 PM**
Seth AA (+15612709286)
You free 10 am tomorrow

▮

**3/7/2020 5:35 PM**
Lisa Ranger Cell (3022222220)
I will be available, Do I need to respond to the email?

**3/7/2020 5:35 PM**
Seth AA (+15612709286)
Yes please

**3/7/2020 5:35 PM**
Lisa Ranger Cell (3022222220)
Ok, doing it now.. talk to you tomorrow.

**3/7/2020 5:36 PM**
Seth AA (+15612709286)
👍🏻

**3/7/2020 6:32 PM**
Lisa Ranger Cell (3022222220)
How much did you want to charge per tube of this bleeder paste?

**3/7/2020 6:32 PM**
Seth AA (+15612709286)
45

115