**1/8/2015 12:01 PM (Viewed 1/8/2015 1:06 PM)**

Lisa Ranger Cell (3022222220)

Definitely need the acid with amikacin in the 10 cc vials most people don't want the preloaded syringes if they're going the cheaper acid ..let me know when you can get them in stock ... thank you

**1/8/2015 1:07 PM**
Seth AA (+15612709286)

I working on it now.

**1/8/2015 1:07 PM**

Lisa Ranger Cell (3022222220)

Ok. Thanks

**4/6/2015 12:50 PM (Viewed 4/6/2015 1:07 PM)**

Lisa Ranger Cell (3022222220)

Call me please.. wycliff wants horse specific names to order

**5/12/2015 10:46 AM**

Lisa Ranger Cell (3022222220)

Thus is from Scott West in NY.. what do u suggest ? Do u want to speak to him ?  Fwd: Hi, can you get a drug called osphos? And how much does it cost?

**5/12/2015 10:48 AM**
Seth AA (+15612709286)

Zoledran much better and cheaper.  About $225 to treat horse once every 6 months.  Osphos is every 2-3 months and $300

**5/12/2015 10:50 AM (Viewed 5/12/2015 10:52 AM)**

Lisa Ranger Cell (3022222220)

Ok.. he has a horse with a broken cannon bone.. I will forward your text to him..thanks

**5/12/2015 10:53 AM**
Seth AA (+15612709286)

Ok but cannon still needs to heal.  This will help increase healing

**5/12/2015 10:54 AM**

Lisa Ranger Cell (3022222220)

Ok

**5/12/2015 12:10 PM (Viewed 5/12/2015 12:37 PM)**

Lisa Ranger Cell (3022222220)

Alan Sisco wants for the equi msss I have them here what are the instructions I could forward to him there is no label on it

**5/12/2015 12:39 PM**
Seth AA (+15612709286)

One vial a week and recommend IV or IM and 5-6 days before race to be safe.  They using it in HK 6 days out no problem.

**9/29/2015 7:02 PM**
Seth AA (+15612709286)

I am on plane.  Hp bleeder plus is 10 mLs IV 4-6 hours prior to race.  If bad bleeder can use 20 mls!

**9/29/2015 8:42 PM**
Seth AA (+15612709286)

You sent him NPX and bleeder pills

3

GOVERNMENT EXHIBIT
320FN
S6 20 Cr. 160 (MKV)