| Party | | Time | Direction | Message |
|---|---|---|---|---|
| **To:** | George V | 3/30/2019 11:57:41 AM(UTC-4) | Outgoing | I am up in grandstand |
| **To:** | George V | 3/30/2019 11:56:57 AM(UTC-4) | Outgoing | 🙌 |
| **From** | 15 George V | 3/30/2019 11:56:32 AM(UTC-4) | Incoming | Thank u boss u are a big part of it |
| **To:** | George V | 3/30/2019 10:51:04 AM(UTC-4) | Outgoing | Congratulations just saw your race |
| **To:** | George V | 2/17/2019 3:15:17 PM(UTC-5) | Outgoing | Not just the money. But if you're planning on getting anything between now and the next two months it would be nice to know before I leave |
| **From** | 15 George V | 2/17/2019 3:14:41 PM(UTC-5) | Incoming | Dont worry u will have your money |

GOVERNMENT EXHIBIT

401-K

S6 20 Cr. 160 (MKV)