**+19372602706 Adrian Hall- Fla # 83 & #46083**

I posted a photo of me with my best horse and he said THAT HORSE DOESNT WIN ANYMORE. He's an asshole
Status: Read
Read: 3/11/2019 12:45:46 PM(UTC+2)

3/11/2019 12:45:46 PM(UTC+2)

**sethfishman@hotmail.com Seth Fishman**

You know when he was trainer he had terrible average. He also got a bunch of positives for many trainers on Afrin. Seems he forgets that he was never a trainer, his brother is known rat. Yeah busted with Epogen and large amounts of cash and never served days! Personally I think Tony is a rat as well. He runs his mouth and has zero concern. Makes you wonder?
Status: Sent
Delivered: 3/11/2019 12:49:20 PM(UTC+2)

3/11/2019 12:49:19 PM(UTC+2)

**+19372602706 Adrian Hall- Fla # 83 & #46083**

You know I heard he was a rat also. A lot of people stopped buying from him.
Status: Read
Read: 3/11/2019 12:51:44 PM(UTC+2)

3/11/2019 12:51:43 PM(UTC+2)

**+19372602706 Adrian Hall- Fla # 83 & #46083**

That's how I found Lisa because Danny stopped buying from him
Status: Read
Read: 3/11/2019 12:52:10 PM(UTC+2)

3/11/2019 12:52:10 PM(UTC+2)

**+19372602706 Adrian Hall- Fla # 83 & #46083**

And a lot of other trainers in OH said the shots he was selling were basically saline
Status: Read
Read: 3/11/2019 12:52:42 PM(UTC+2)

3/11/2019 12:52:42 PM(UTC+2)

**sethfishman@hotmail.com Seth Fishman**

Here's reality. I was tortured so much by race Commision without a client ever getting a single positive other than stupid shit like Bute, given by another vet. I voluntarily gave up my license and then the veterinary board had me investigated for BS. They even accused Lisa of practicing veterinary medicine. I spent $25,000 in legal fees and had a personal political favor called in to end the BS.

[redacted]

Status: Sent
Delivered: 3/11/2019 1 00:15 PM(UTC+2)

3/11/2019 1:00:14 PM(UTC+2)

**GOVERNMENT EXHIBIT 900D**
S6 20 Cr. 160 (MKV)

17