**Dr. Seth Fishman New**

Jamen it's Seth. I have been silent for obvious reasons.

I am headed to trial next week. Your name appears in Exhibits provided.

I already explained you are a part time trainer with a few horses. I am unaware if you even raced any of your horses since we met. Other than that I had nothing more to say nor feel I could say with any certainty.

I copied my investigator and wondering if we could have a call together. I do not know if you are a witness so I am respectfully making the introduction and letting you know Keith works for my attorney.

Thank you

GOVERNMENT EXHIBIT 14000 S6 20 Cr. 160 (MKV)