| Date of Report: 04-18-22 | | | Equestology | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|---|
| Item: D: BB3 | | | WHOGOT REPORT | | | | | | |

| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
|---|---|---|---|---|---|---|---|---|---|
| ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | ROCKIN RUSTY | Office | 0.50 | 07-31-18 | EQUINE | Standardbred | 7y | G |
| | | Barn Supplies | Office | 4 | 12-11-18 | EQUINE | | 6y | |
| | | Barn Supplies | Office | 10 | 01-28-19 | EQUINE | | 6y | |
| | | Barn Supplies | Office | 10 | 09-25-18 | EQUINE | | 6y | |
| | | potentially compromised product.. free | | | | | | | |
| | | Barn Supplies | Office | 8 | 09-05-18 | EQUINE | | 6y | |
| | | Barn Supplies | Office | 20 | 09-10-18 | EQUINE | | 6y | |
| | | potentially compromised product.. good customer gift | | | | | | | |
| | | Barn Supplies | Office | 7 | 10-18-18 | EQUINE | | 6y | |
| | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | | Barn Supplies | Office | 10 | 10-14-18 | EQUINE | | 3y | |
| | | Barn Supplies | Office | 6 | 11-06-18 | EQUINE | | 3y | |
| | | Barn Supplies | Office | 6 | 06-26-19 | EQUINE | | 3y | |
| | | BUNKNDUNK | Office | 2 | 06-08-17 | EQUINE | Standardbred | 7y | G |

GOVERNMENT EXHIBIT 20004  S6 20 Cr. 160 (MKV)

USAO_20CR160_00332282

**Date of Report:** 04-18-22
**Item:** D: BB3

**Equestology**
WHOGOT REPORT

**Page** 2

| Client | Phone | Patient | Doctor | Qty | Date | Species | Breed | Age | Sex |
|---|---|---|---|---|---|---|---|---|---|
| | (302) | BUNKNDUNK | Office | 1 | 07-01-17 | EQUINE | Standardbred | 7y | G |
| | (302) | BUNKNDUNK | Office | 2 | 08-21-17 | EQUINE | Standardbred | 7y | G |
| | (302) | LANCO EXPRESS | Office | 1 | 07-01-17 | EQUINE | Standardbred | 13y | M |
| | (302) | LANCO EXPRESS | Office | 1 | 08-21-17 | EQUINE | Standardbred | 13y | M |
| | (302) | LORD SPARTACUS | Office | 2 | 06-08-17 | EQUINE | Standardbred | 7y | S |
| | (302) | MS INDEPENDENCE | Office | 2 | 06-08-17 | EQUINE | Standardbred | 7y | M |
| | | Malone Stable Use | Office | 4 | 07-15-17 | EQUINE | | 11y | |
| | | Malone Stable Use | Office | 6 | 06-04-18 | EQUINE | | 11y | |
| | | Malone Stable Use | Office | 5 | 10-03-18 | EQUINE | | 11y | |
| | | STABLE SUPPLIES | Office | 4 | 06-08-17 | EQUINE | | 6y | |
| | | Lower Price available if bought in large amount/Dr Fishman | | | | | | | |
| | | STABLE SUPPLIES | Office | 7 | 06-29-17 | EQUINE | | 6y | |
| | | BABY MAKER HANO | Office | 1.50 | 07-31-18 | EQUINE | Standardbred | 6y | S |
| | | Doc Fishman | Office | 6 | 04-08-19 | EQUINE | | 5y | |
| | | Doc Fishman | Office | 12 | 02-01-19 | EQUINE | | 5y | |
| | () 598-1165 | Barn Supplies | Office | 2 | 05-02-19 | EQUINE | | 18y | |
| | () 598-1165 | Barn Supplies | Office | 1 | 04-16-19 | EQUINE | | 18y | |
| | () 598-1165 | Barn Supplies | Office | 2 | 03-18-19 | EQUINE | | 18y | |
| | () 598-1165 | Barn Supplies | Office | 1 | 05-30-19 | EQUINE | | 18y | |
| | () 598-1165 | Barn Supplies | Office | 2 | 02-25-19 | EQUINE | | 18y | |
| | () 598-1165 | Barn Supplies | Office | 1 | 05-20-19 | EQUINE | | 18y | |
| | | Barn Supplies | Office | 4 | 08-14-18 | EQUINE | | 10y | |

USAO_20CR160_00332283