**United States v. Lisa Giannelli, S6 20 Cr. 160 (MKV)**

| | |
|---|---|
| DATE: | 02/26/2019 |
| TIME: | 12:25:38 P.M. |
| INTERCEPTED LINE: | 561-270-9286 |
| OUTGOING TO: | 302-222-2220 |
| PARTICIPANTS: | SETH FISHMAN [SF] |
| | LISA GIANNELLI [LG] |

ABBREVIATIONS:

[U/I]
Unintelligible

[ph]
Phonetic rendering

[O/V]
Overlapping voices

GOVERNMENT EXHIBIT 119A-T S6 20 Cr. 160 (MKV)

| LINE | NAME | TRANSCRIPTION |
|------|------|---------------|
| 1. |  | [00:45 Recording Start] |
| 2. | SF: | Um if he's sharp, he can. Like if he spends money. Sometimes people are like, what do you want to do on this? |
| 3. | LG: | Well, that's what I asked him, are you looking for low end or high end? He said it depends on how much the high end is, so he was looking to set up a program on a horse for a blood builder, what would be the cost for the month? |
| 4. | SF: | [U/I] if he could. But just don't use the blood builder. Use the growth factors and then with Thymosin. It doesn't make sense just to judge him from the blood builder, and then the problem also so you know if he's in the claiming game our blood builders take 2 weeks to start kicking in and they'll move more human blood when they were blood cells because their blood cells are not [U/I] hemoglobin that's why I can take baby steps so I would do things where okay if they went on [U/I] he can use it the night before. He can use the VO2Max and stuff like that and let's see if he starts getting results and if he's not you know, at least you know, it's like the horses aren't classified you know because if you have good horses and you use basic products and you know what you're doing you see like a marginal improvement you know. [U/I] standard analgesics and stuff like that you know. |
| 5. | LG: | OK, so, I think he needs to talk to you. But um. |
| 6. | SF: | I didn't want to talk to him too much because I didn't know if he was trustworthy. |

| 7. | LG: | Yeah, he's a good friend of RICK DANE's, I trust RICK DANE, you know, so but I don't know if he wants to spend $1000 a month on a horse or whether he's looking to spend [U/I] |
|---|---|---|
| 8. | SF: | [U/I] What he wants to spend [U/I] |
| 9. | LG: | Ok, well let me, like I said, you travel, whenever you're...I'll shoot you an email |
| 10. | | [02:47 Recording End] |