# EXHIBIT A

NONE

Linesheet                                                                                       User:   Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Jason Servis | Line: ▇▇▇ | File Number: 281H-NY-2285141 |
|---|---|---|---|

| Session: | 5468 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 05/21/2019 | Content: | Audio | Associate DN: | ▇▇▇ |
| Start Time: | 10:37:21 EDT | Primary Language: | Unknown | In/Out Digits: | ▇▇▇ |
| Stop Time: | 10:44:29 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:07:08 | Monitor ID: | dlfisher | Participants: | CHAN (Vet), ALEX / SERVIS, JASON |

**Synopsis 1**

Outgoing call to UM.
Transcription starts at 10:37:49:
UM: Uh, I just wanted to ask you, or suggest. You know like we still dispense a lot of Clenbuterol to you up here which is fine but, um. You know when we bill it out? I prefer not to bill it out as Clenbuterol. I don't know how, do they, I was going to ask (UI).
JS: No, we don't do it in Florida. We don't do it in Florida or Jersey.
UM: Okay.
JS: We bill some.
UM: Yea.
JS: UI
UM: Cause like in um, I was going to talk to the office and maybe we can bill it out as I don't know pro-bios (ph) or some shit like that. You know what I mean?
JS: Yea, yea, yea.
UM: Okay cause uh.
JS: Yea
UM: Cause uh I really don't like that it's ya know restricted use.
JS: No, don't do that, don't do that.
UM: Okay, okay, perfect. So I'll just order UI.
JS: So just tell me what it is and I'll.
UM: Yea, yea exactly so you can make note and divvy it up to yourself but like uh it's going to go as some sort of supplement.
JS: I thought that it went under barn supplies.
UM: Yea, yea, yea, but like I don't know but when they print out this stuff from me like I don't know it still shows cause I had unrelated to you. So, I have two horses that I had to submit records for and then uh it still shows up like on there as Clenbuterol. So, not for you I mean but in our billing record and stuff. I would rather just wipe it clean. You know what I mean?
JS: Yea
UM: So they dont have of that.
JS: You gotta put something down UI.
UM: Yea, yea, yea. Like we'll put like maybe it will be like pro-bio (ph) or self plus or something.
JS: No but I mean put someting. We're using it so you gotta put Clenbuterol down on something. Like, say we use twenty bottles, we should probably put seven or six right?
UM: Nah, I don't think we should put any. Cause if (UI)
JS: Any?
UM: Because if for UI we are supposed to file a report for using it at all.
JS: Oh, so what about if they come in and there is a bottle with a label on it in the tac room (ph).

NONE

| | | | | |
|---|---|---|---|---|
| | | Linesheet | User: | Timothy J. Bergen |

| Case: 281H-NY-2285141 | Target: Jason Servis | Line: 7329966645 | File Number: 281H-NY-2285141 |
|---|---|---|---|

UM: No, so like I label it from last Saratoga. Like every label has a label as if I dispense it to you from Last Saratoga.
JS: Wow
UM: You know what I mean? Cause like it was banned since effectively banned since October of last year. So every date that I label if you look, it's always August 18, 2018 and it's always billed to one of your horses. I mean always labeled as one of the horses you had Last Saratoga.
JS: So even though it's over sixty days that medication they don't make them throw it away?
UM: No, no, no that's only if it's expired.
JS: Hm, alright so you don't think we should put any down huh?
UM: I don't think we should put any because like here there gonna I mean.
JS: Yea they're gonna want ya.
UM: Yea because we're supposed to file a report and you know like. Let's say god forbid you had uh a positive right? But then you could still say you just used an old bottle, you know and long as like the next thing that is going to be hard is when you don't have those. You know I use the rotation of Sunny Ridge, World of Trouble, Life in Shambles as the label on the thing. Ya know what I mean? But, when those horses are gone maybe like a year from now, like then I haven't thought we're going to do then. But, like right now it's basically banned cause another guy just called me. He came up from Florida and then he was like oh shit like I did't know you can't use it here anymore and stuff cause he has his whole barn on it and stuff. I was like yea man like you gotta file a full on report and stuff.
JS: So, they don't, they don't uh, want ya to. So if you use, you use it you have to file a report?
UM: Yea. You have, not only do you have to file a report, they have to write you a report back. I mean a note back that says you can use it on that one horse for however many treatments and stuff. It has to be limited to a number of treatments and like all that stuff. It's like complicated man.
JS: Oh, shit.
UM: You know what I am saying? Like I said right now if they go in there and they find the bottles like the labels from before. Like if hypothetically I dispense it to you like Last Saratoga and stuff ya know and like you can ask I don't know if Henry looks at it every one that I have dispensed says August 18, 2018.
JS: I'm surprised they don't tell them to get it out of there.
UM: Yea, so like uh, you know like. The guy that I mean the gaming commission themselves rarely searches it's that NYRA (ph) guy. The NYRA (ph) guy I can't say for certain but I think he's actually not as bad as the gaming commission guy ya know? Like the true gaming commission guy (UI).
JS: Is that the guy ▮ (ph)?
UM: No he was also a NYRA (ph) guy but he's clueless. He won't know. But there is a guy he drives around in a blue Camry, he's like NYRA's (ph) personal like investigator barn check guy and then there is the actual gaming commission folk. And those guys are the ones that are the worst. They'll, take everything and then start like looking real closely at everything ya know and they're the ones that ya know at other barns I'll dispense ACE (ph) or something stupid. And then I'll just write a horse name and they'll look in the stall list in the middle and be like that horse isn't here and they'll take it and stuff like that ya know? Or, they'll be like oh you gotta change the label. Get your vet to change the label and they have called me on that. I was like hey man when I dispensed it that horse was here like ya know what am I supposed to do walk around changing labels all day long and stuff? But their like real sticklers for that kind of stuff ya know? But like ya know the right now I don't think we should put any like on there.

NONE

Linesheet

User: Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Jason Servis | Line: 7329966645 | File Number: 281H-NY-2285141 |

JS: Alright, well if that's what you think.
UM Okay. Yea and you know like I'm going to put (UI)
JS: Put down pro-bios (ph) or whatever you want to.
UM: Yea, yea, pro-bios (ph) UI
JS: Just let me know so if somebody asks me.
UM: Okay, sounds good.
JS: And then it gets included in the barn supplies anyway right? Because it goes through the whole barn.
UM: Yea, yea, correct right. But I don't think somewhere in our system somewhere it still lists it but I'm going to change that so it doesn't list that at all basically ya know what I mean like?
JS: Yea.
UM: Yea, yea alright.
JS: Okay, thanks doc.
UM: Okay, sounds good.
Transcription ends at 10:44:23

| Session: 19466 | Classification: Pertinent | Direction: Incoming |
| Date: 08/13/2019 | Content: Audio | Associate DN: |
| Start Time: 14:06:36 EDT | Primary Language: Unknown | In/Out Digits: |
| Stop Time: 14:09:22 EDT | Complete: Completed | Subscriber: |
| Duration: 00:02:46 | Monitor ID: nfagan | Participants: CHAN (Vet), ALEX  SERVIS, JASON |

### Synopsis 1

IC from Alex Chan
AC talked to "our" contact over there - it's going to by anonymous. AC arranged it so that whenever the horse is brought over they'll be ready for him. AC says the contact at the facility is ▮▮▮▮ (ph). They will not be putting any of the horses name on the paperwork and it will be "top secret".
JS asks if the horse is going to make it. AC says keeping the horse alive to breed will be the best bet at this point, he will probably not be able to run again.
D
AC "Hey yeah I talked to our contact over there and its going to be like all anonymous and stuff so like they say like whenever you can transport him over there."
JS "No ▮▮▮▮ is coming to get him"
AC "Oh good so he uh so whenever they can bring him they are ready for him.
JS "Now what about the blacksmith"
AC Yeah so hes going to she is going to so uh our contact there is ▮▮▮ and she knows that it has to be like top secret and so they are not going to use his name on any of this stuff. And then the blacksmith is going to be consulted right away.
JS "They have a blacksmith there that can do whatever he has got to do to him."

**Linesheet**                                                                 User:   Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Jason Servis | Line: 7329966645 | File Number: 281H-NY-2285141 |
|---|---|---|---|

AC "yeah yeah I think like he is a vet too. Like they have a vet tech smith like he is one of those guys"
Crosstalk
JS "The guy who used to do my mare out there I forget his name."
AC "Yeah"
JS "Well I just hope. Im scared now that he is not going to make it is he"
AC "Well yeah I mean yeah like I said my opinion is the rotation is not cause he also has a patch on there
so I think the rotation looks worse but the sole drop is the scary part and stuff but if they can get it and support it  like then we are okay. Obviously we are trying to save his life so he can breed I don't think you should have hopes of trying to run him again and stuff that might be a long stretch. You know if we can just keep him alive for the breeding that would be a win
and even actually pretty tough. When I work on him now when I have him x-rayed he has been coping with it pretty well you know what I mean. I told them what I did everything today and then they are going to go all out and stuff"
JS "Okay"
AC "alright"
JS "Can you send me a contact number in case ▮▮▮▮ wants to U/I
AC "Yeah I will forward you the thing and then you can her first name is ▮▮▮▮ and then her last name is ▮▮▮▮ and you can just say its the one Dr Chan refered in and she'll know.
JS "And she'll agree to the blacksmith and all"
AC Yeah they are going to have their vet podiatrist consulted
JS Okay thanks Alex

| Session: | 20075 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 08/19/2019 | Content: | Audio | Associate DN: | |
| Start Time: | 10:58:59 EDT | Primary Language: | Unknown | In/Out Digits: | |
| Stop Time: | 11:00:21 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:22 | Monitor ID: | dlfisher | Participants: | CHAN (Vet), ALEX  SERVIS, JASON |

**Synopsis 1**

Incoming call from Alex Chan.

AC says he has a request for JS. AC tells JS to tell Henry Argueta if the can back off from using the Clen (ph). AC wants to back off a little bit and let it die down. AC says that Henry is still using it and is doing things business as usual. AC says the rest of the stuff is under control but if they raid JS's barn it's a bad look if they find that stuff. AC says they need to be smart and maybe wait until they get back to Belmont. AC says he trying to protect both of them.

```
AC:     I have one more request for you.
JS:     OK
AC:     If you could um - so like - can you tell HENRY - you know, the Clen, like if we could
back off a little bit? Maybe let it die down a lit- you know like what I mean?   Its still going through
```

| | | | | |
|---|---|---|---|---|
| | | Linesheet | User: | Timothy J. Bergen |

| Case: 281H-NY-2285141 | Target: Jason Servis | Line: 7329966645 | File Number: 281H-NY-2285141 |
|---|---|---|---|

it and then he's still pretty like flamboyant - like the rest of the stuff, I'm - its under my control, you know?  But if they raid your barn and then its just a bad look, you know, if they find that and stuff like uh but you know, that's it like cause um, HENRY is still - like I tried to talk to him yesterday and um he was still like business as usual, you know?   And I can control what I can control but I cant control something then - if you could tell him "you know, just we just have to like - you know - be smart for a little bit." You know what I mean?
JS: No no dont no dont - if your concern dont give it to him then call me.
AC: Okay
JS: I'll call him when I get off the phone with you.
AC: yeah yeah and just be like "Hey man maybe just until we get back to Belmont or something."  I dont know.  Like we will have to shake out a little bit and,  like you know what I mean?  Like uh - it's just a bad look if uh - you know what I mean?
JS: I get ya.
AC: Yeah. Alright, for us both, you know, I'm trying to protect us both [UI] so alright?
JS: Perfect, thanks.
AC: Okay no problem.  Bye

END