# EXHIBIT B

**Linesheet**

User: Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Kristian Rhein | Line: ▮ | File Number: 281H-NY-2285141 |
|---|---|---|---|

| Session: | 195 | Classification: | Pertinent | Direction: | Incoming |
|---|---|---|---|---|---|
| Date: | 06/30/2019 | Content: | Audio | Associate DN: | ▮ |
| Start Time: | 12:29:22 EDT | Primary Language: | Unknown | In/Out Digits: | ▮ |
| Stop Time: | 12:30:39 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:01:17 | Monitor ID: | lbhardison | Participants: | CHAN (Vet), ALEX<br>RHEIN (Vet), KRISTIAN |

### Synopsis 1

[redacted]

KR: Yeah
AC: Hey um, ▮ - he's asked about this horse before but he is always very vague about it. There's a horse here that has a tendon that has been off for like a year. Can I give that thing an SGF or no?
KR: Oh shit no, ▮ owns that one.
AC: Who owns her?
KR: ▮.
AC: Oh I can take it then, you know what I mean, like - like I didnt know cause he's asking me
KR: Oh wait, is it ▮
AC: Uh its like two breezes away, had a year off, its a tendon they keep going up and down, up and down.
KR: Yeah this is not -
AC: not the same [UI]
KR: Yeah, one is blown. Just find the - text me the name. Just ask him what the name is and then we will see. I think - I need to know cause a couple new ones came in.
AC: Okay
KR: Just find out the name real quick and I'll plug it into Equibase and we'll find out.
AC: Okay no problem.

| Session: | 5241 | Classification: | Pertinent | Direction: | Outgoing |
|---|---|---|---|---|---|
| Date: | 08/16/2019 | Content: | Audio | Associate DN: | ▮ |
| Start Time: | 07:18:16 EDT | Primary Language: | Unknown | In/Out Digits: | ▮ |
| Stop Time: | 07:21:19 EDT | Complete: | Completed | Subscriber: | |
| Duration: | 00:03:03 | Monitor ID: | afowler3 | Participants: | CHAN (Vet), ALEX<br>RHEIN (Vet), KRISTIAN |

### Synopsis 1

Outgoing call to Alex Chan
KR tells AC to be careful especially with Servis.
KR says people are pissed off about Jason Servis and they are looking for a smoking gun. KR

says they will find something.
AC: Yes
KR: You all good?
AC: What?
KR: I said "You're ok?"
AC: Yeah.
KR: Good. Is, you know... be careful.
AC: Ok
KR: Yeah, just be careful. Cause like I said, I don't think they are after like, me or anybody. They are after Servis.
AC: Ok
KR: Yeah, that's who they are after.
AC: Ok
KR: So you better be careful.
AC: Alright
KR: And then, like I said, we haven't done anything wrong so I'm not worried about anything, but, that has never stopped, uhhh... There's... I don't know. I don't know... I'm glad that we're absolved of anything and everything but, just be careful.
AC: Ok, something is going down? Like, with Servis and stuff?
KR: Uh, just be careful in general. I mean, whoever or whatever the people he has pissed off or that are pissed off at him... I don't know. And they are going to look for a smoking gun of some sort. Whether it is... you know?
AC: Yeah
KR: Whether it is ACS, SGF, or anything. They are looking for something.
AC: Ok
KR: I don't understand what it is or... I just don't understand the whole thing. I am totally confused in it.
AC: Yeah
KR: But that has never stopped... that has never stopped somebody uh, when it has evolved quite like this. So to my knowledge they are just looking for a smoking gun. And I don't know what smoking gun it is, but they are going to try to hang it on whatever they think it is. And that is what I think those other products are, even though they know that it is not that.
AC: Yeah, ok, that's no problem.
KR: But I would just be careful, that is all I can say. I mean, you know. That's... I don't know anything more or anything less. This is just odd, it's very odd to me.
AC: Yeah, ok.
KR: It's at least at this point, uh, you know.
AC: Mhmm
KR: Being the veterinarian for him... but like you said, we are not the vets at Monmouth, we are not the vets in Monmouth, we are not the vets in Gulfstream.
AC: Yeah
KR: We are a one outfit veterinarian.
AC: Yeah
KR: So...
AC: Ok, no problem.

**Linesheet**    User: Timothy J. Bergen

| Case: 281H-NY-2285141 | Target: Kristian Rhein | Line: 5168072241 | File Number: 281H-NY-2285141 |

KR: Yeah, I mean, I would just know that more than likely you are going to be watched. So, be careful.
AC: Ok
KR: As we are. I mean, we should be anyway.
AC: Yeah UI.
KR: Yep
AC: Ok, thanks.
KR: Uh huh, bye.
AC: Bye

END