# EXHIBIT C

**From:** Kristian Rhein DVM PC
**To:** Dr. Alexander Chan
**Subject:** sgf list
**Date:** Friday, February 10, 2017 1:53:16 PM
**Attachments:** alex.pdf

--

Empire Veterinary Group PC

February 10, 2017

# Empire Veterinary Group PC

Page 1 of 2

## Animal Procedures History

December 25, 2016 to February 10, 2017

### PROCEDURE

| Procedure | Location | Animal | Date | Vet/Tech | Units |
|---|---|---|---|---|---|
| Acupuncture & Chiropractic | SERVIS; JASON | BROKEN BORDER | 12/27/16 | Kristian S Rhein DV | |
| | | ▉ | 12/27/16 | Kristian S Rhein DV | |
| | | ▉ | 12/27/16 | Kristian S Rhein DV | |
| | | ▉ | 12/29/16 | Alexander M. Chan | |
| | | ▉ | 12/29/16 | Alexander M. Chan | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | SERVIS; JASON | GRAN THE MAN | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | | ▉ | 12/30/16 | Kristian S Rhein DV | |
| | SERVIS; JASON | ATTIYA | 12/31/16 | Kristian S Rhein DV | |
| | | BOSS MAN | 12/31/16 | Kristian S Rhein DV | |
| | | ▉ | 12/31/16 | Kristian S Rhein DV | |
| | | ▉ | 01/01/17 | Kristian S Rhein DV | |
| | | ▉ | 01/01/17 | Alexander M. Chan | |
| | | ▉ | 01/03/17 | Kristian S Rhein DV | |
| | SERVIS; JASON | PIONEER SPIRIT | 01/04/17 | Kristian S Rhein DV | |
| | | SUNNY RIDGE | 01/04/17 | Kristian S Rhein DV | |
| | | ASTOUNDING | 01/05/17 | Kristian S Rhein DV | |
| | | LUTHERAN MISS | 01/05/17 | Kristian S Rhein DV | |
| | | PICCO UNO | 01/05/17 | Kristian S Rhein DV | |
| | | STILL KRZ | 01/05/17 | Kristian S Rhein DV | |
| | | ▉ | 01/08/17 | Alexander M. Chan | |
| | | ▉ | 01/10/17 | Kristian S Rhein DV | |
| | | ▉ | 01/10/17 | Kristian S Rhein DV | |
| | | ▉ | 01/10/17 | Kristian S Rhein DV | |
| | | ▉ | 01/11/17 | Kristian S Rhein DV | |
| | | ▉ | 01/12/17 | Kristian S Rhein DV | |
| | | ▉ | 01/12/17 | Kristian S Rhein DV | |
| | | ▉ | 01/14/17 | Kristian S Rhein DV | |
| | | ▉ | 01/16/17 | Kristian S Rhein DV | |
| | | ▉ | 01/16/17 | Kristian S Rhein DV | |
| | | ▉ | 01/16/17 | Kristian S Rhein DV | |
| | | ▉ | 01/16/17 | Kristian S Rhein DV | |
| | SERVIS; JASON | ONE SIDED | 01/16/17 | Alexander M. Chan | |
| | | ▉ | 01/16/17 | Kristian S Rhein DV | |
| | | ▉ | 01/17/17 | Kristian S Rhein DV | |
| | | ▉ | 01/20/17 | Kristian S Rhein DV | |
| | | ▉ | 01/21/17 | Alexander M. Chan | |
| | | ▉ | 01/25/17 | Alexander M. Chan | |
| | | ▉ | 01/25/17 | Alexander M. Chan | |
| | SERVIS; JASON | BOSS MAN | 01/26/17 | Kristian S Rhein DV | |
| | | GRAN THE MAN | 01/26/17 | Kristian S Rhein DV | |
| | | ▉ | 01/26/17 | Kristian S Rhein DV | |
| | | ▉ | 01/27/17 | Kristian S Rhein DV | |
| | | ▉ | 01/27/17 | Kristian S Rhein DV | |

# Empire Veterinary Group PC

## Animal Procedures History

### December 25, 2016 to February 10, 2017

**PROCEDURE**

| Procedure | Location | Animal | Date | Vet/Tech | Units |
|---|---|---|---|---|---|
| Acupuncture & Chiropractic | |  | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/27/17 | Kristian S Rhein DV | |
| | | | 01/29/17 | Alexander M. Chan | |
| | | | 01/30/17 | Kristian S Rhein DV | |
| | | | 02/06/17 | Alexander M. Chan | |
| | | | 02/08/17 | Kristian S Rhein DV | |
| | | | 02/08/17 | Kristian S Rhein DV | |
| | | | 02/08/17 | Kristian S Rhein DV | |

Total for Acupuncture & Chiropractic