

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2023

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: __United States__ v. __Navarro, et al.__, 20 Cr. 160 (MKV)

Dear Judge Vyskovil,

      I am leaving the service of the United States Attorney's Office.  Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in the above-captioned case.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      by: ___/s/ Anden Chow_____
           Anden Chow
           Assistant United States Attorney
           (212) 637-2348