# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  (914) 948-5656
RICHARD D. WILLSTATTER  FAX (914) 948-8730  E-MAIL: Willstatter@msn.com

June 26, 2024

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Navarro (Seth Fishman)*
     20 Cr. 160 (MKV)

Dear Judge Vyskocil:

  In compliance with the Court's May 15, 2024 order (Dkt. 1282), we are filing herewith copies of the defense exhibits submitted in relation to the forfeiture hearing, as requested by an unidentified member of the public. The government redacted these exhibits to "protect the names and personal identifying information of uncharged third parties whose names have not previously been disclosed." Dkt. 1282.

           Respectfully,

            /s/ Richard D. Willstatter
           RICHARD D. WILLSTATTER

enclosures
cc: David R. Felton, Assistant U.S. Attorney